IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In re the matter of<br><br>KENNETH THOMAS and<br>DEBORA THOMAS,<br><br>Debtors. | NO. 05-00169<br>CHAPTER 13<br><br>JUDGE SUSAN PIERSON SONDERBY |

## STATEMENT OF OUTSTANDING OBLIGATIONS

Now comes REAL-TIME RESOLUTIONS, INC., a creditor herein, by TERRI M. LONG, its attorney, and files this Statement of Outstanding Obligations.

1. Secured Creditor filed a pre-petition arrearage claim in the amount of $1,175.96. Debtor's Chapter 13 Plan provided for only $1,074.00, which is what the Chapter 13 Trustee paid, leaving a shortage of $101.76.

2. The Chapter 13 Trustee has disbursed a total of $11,098.00 to Secured Creditor in post-petition mortgage payments, which is the equivalent of thirty-one (31) mortgage payments. This would cover the January 13, 2005 through July 13, 2007 post-petition mortgage payments, leaving the loan due for August 13, 2007 and September 13, 2007. The subject loan is not current and should not be deemed as such. This notice is filed in response to trustee's Notice of Payment of Final Cure Amount dated August 6, 2007.

REAL-TIME RESOLUTIONS, INC., its
Successors and/or Assigns

BY: _____/s/ Terri M. Long_____
TERRI M. LONG

TERRI M. LONG
LAW OFFICES OF TERRI M. LONG
18201 Morris Avenue
Homewood, Illinois 60430
Phone: (708) 922-3301
Fax : (708) 922-3302
Atty. for REAL-TIME RESOLUTIONS, INC., its Successors and/or Assigns